IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                   **Case No. 08-40010-01**
                                          **10-4109-RDR**

ROBERT THOMAS JOHNSON,

        Defendant.

## O R D E R

This case is before the court upon defendant's supplemental request for a certificate of appealability. The court has reviewed defendant's supplemental request. Again, the court finds that defendant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, for the reasons explained in prior orders in this case, including Doc. Nos. 194 and 196, defendant's supplemental request for a certificate of appealability shall be denied.

**IT IS SO ORDERED.**

Dated this 6th day of January, 2011 at Topeka, Kansas.

                                          s/Richard D. Rogers
                                          United States District Judge